# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | Case No.: 1:21-cv-00673-SAB (PC) <br><br> ORDER REGARDING PLAINTIFF'S SUBMISSION OF SECURITY AGREEMENT, AND GRANTING PLAINTIFF THIRTY DAYS TO PAY THE FILING FEE OR SUBMIT A COMPLETE APPLICATION TO PROCEED *IN FORMA PAUPERIS* <br><br> (ECF No. 5) |

Plaintiff Steven Deon Turner, Jr., is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on April 22, 2021.

On April 26, 2021, the Court ordered Plaintiff to pay the $402.00 filing fee in full or complete and submit an application to proceed *in forma pauperis*.

In response to the Court's April 26, 2021, Plaintiff submitted a security agreement, which was filed under seal, in the form of property as collateral as payment for the filing fee in this action. (ECF No. 5.) However, Plaintiff is advised that if he does not have the funds to pay the $402.00 filing fee in full, he must complete and submit an application to proceed *in forma pauperis*. Furthermore, the filing fee requirement must be fulfilled by way of United States currency, and Plaintiff cannot attempt to submit a security agreement in form of property as collateral. In the interest of justice, the Court

1

will grant Plaintiff additional time to complete and submit the application to proceed *in forma pauperis* or pay the filing fee.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff an application to proceed in forma pauperis by a prisoner;
2. Within thirty (30) days from the date of service of this order, Plaintiff shall complete and submit the application to proceed *in forma pauperis* or pay the $402.00 filing fee in full; and
3. Failure to comply with this order will result in a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated: __**May 7, 2021**__

UNITED STATES MAGISTRATE JUDGE