UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DEON TURNER, JR., <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | Case No.: 1:21-cv-00673-SAB (PC) <br><br> ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO THE COURT'S MAY 7, 2021 ORDER <br><br> (ECF No. 7) |

Plaintiff Steven Deon Turner, Jr., is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on April 22, 2021.

On April 26, 2021, the Court ordered Plaintiff to pay the $402.00 filing fee in full or complete and submit an application to proceed *in forma pauperis*.

In response to the Court's April 26, 2021 order, Plaintiff submitted a security agreement, which was filed under seal, in the form of property as collateral as payment for the filing fee in this action. (ECF No. 5.)

On May 7, 2021, the Court advised Plaintiff that filing fee requirement must be fulfilled by way of United States currency, and Plaintiff cannot attempt to submit a security agreement in form of property as collateral. (ECF No. 6.) The Court granted Plaintiff thirty days from May 7, 2021 to

1

either pay the filing fee in full or complete and submit an application to proceed *in forma pauperis*. (Id.)

On May 24, 2021, Plaintiff filed objections to the Court's May 7, 2021 order and again requests to submit a security agreement in the form of property as collateral for the filing fee. (ECF No. 7.)

As stated in the Court's May 7, 2021 order, the filing fee MUST be fulfilled by way of United States currency, and if Plaintiff is unable to pay the fee he MUST complete and submit an application to proceed *in forma pauperis* before this action can proceed. Plaintiff's objections presents no justification to question the Court's May 7, 2021 order. In the interest of justice, the Court will grant one last extension of time to file to pay the fee or submit an application to proceed *in forma pauperis*. However, Plaintiff is advised that no further extensions of time will be granted absent extraordinary circumstances, not present here.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's objection to the May 7, 2021 order is overruled;
2. The $402.00 filing fee or application to proceed *in forma pauperis* is due within **twenty days (20)** days from the date of service of this order; and
3. Failure to comply with this order will result in a recommendation to dismiss this action.

IT IS SO ORDERED.

Dated: __**May 26, 2021**__

UNITED STATES MAGISTRATE JUDGE

2